IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| WALNUT HILL PHYSICIANS | § | Case No. 17-32255-bjh-7 |
| HOSPITAL, LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| SCOTT M. SEIDEL, TRUSTEE, | § | |
| | § | ADV. PRO. NO. 18-03217-bjh |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| BOSTON SCIENTIFIC CORPORATION, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## DECLARATION OF DAVOR RUKAVINA

I, Davor Rukavina, hereby declare the following and hereby certify, under penalty of perjury pursuant to the laws of the United States and the State of Texas, that it is true and correct to the best of my knowledge and belief:

1.       "My name is Davor Rukavina, I am over the age of 18 years, and am competent and otherwise qualified to make this Declaration. I have personal knowledge of the matters stated herein and they are all true and correct to the best of my knowledge.

2.       I am an attorney duly licensed to practice law in the State of Texas and before this Court. I am the lead counsel for Scott M. Seidel, Trustee (the "Trustee"), the plaintiff in the above styled and numbered Adversary Proceeding. The defendant in the Adversary Proceeding is Boston Scientific Corporation (the "Defendant").

EXHIBIT "A"

3. On January 28, 2019, the Trustee filed his *First Amended Complaint* [docket no. 31] (the "Amended Complaint").

4. The Trustee previously obtained leave from the Court to file the Amended Complaint. *See* Docket No. 29.

5. The Defendant has at no time filed an answer or other responsive pleading to the Amended Complaint, as evidenced by a review of the docket of this Adversary Proceeding.

6. The Defendant has at no time requested or obtained an extension of the deadline to file an answer to the Amended Complaint, as evidenced by a review of the docket of this Adversary Proceeding.

7. Neither I nor any other attorney representing the Trustee agreed to any informal extension of the Defendant's deadline to answer the Amended Complaint.

8. Accordingly, the deadline for the Defendant to answer the Amended Complaint was February 11, 2019. The Defendant has defaulted with respect to that requirement.

DECLARED under penalty of perjury this 31st day of May, 2019:

DAVOR RUKAVINA